IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ASHTON E. FITZHERBERT ANDRIES,

       Petitioner,

v.                                        No. CIV 09-565 JB/WPL

HASSEL TERRY, Warden,

       Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed August 31, 2009 (Doc. 12). The Magistrate Judge notified the parties that their objections were due by September 30, 2009 and that, if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS ORDERED that: (i) the Magistrate Judge's Proposed Findings and Recommended Disposition is adopted as an order of the Court; (ii) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is denied; and (iii) this cause is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE