IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ASHTON E. FITZHERBERT ANDRIES,

        Petitioner,

v.                                                                                              No. CIV 09-565 JB/WPL

HASSEL TERRY, Warden,

        Respondent.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is denied and CV 09-0565 JB/WPL is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE